Cathy B. BRANCH, Plaintiff–
Appellant,

v.

County of CHESTERFIELD, Virginia;
William Dupler, Individually and Offi-
cially; Brenda Shearer, Individually
and Officially, Defendants–Appellees.

No. 01–2365.

United States Court of Appeals,
Fourth Circuit.

Submitted March 28, 2002.

Decided April 17, 2002.

Cathy B. Branch, Appellant Pro Se. Ste-
ven Latham Micas, County Attorney, Sty-
lian Paul Parthemos, Wendell Charles
Roberts, County Attorney's Office, Ches-
terfield, Virginia, for Appellees.

Before NIEMEYER and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Cathy Branch appeals the magistrate
judge's order granting Defendants' motion
for summary judgment and dismissing her
employment discrimination action. We
have reviewed the record and the magis-
trate judge's opinion and find no reversible
error. Accordingly, we affirm on the rea-
soning of the magistrate judge. *Branch v.
County of Chesterfield,* No. CA–01–302–3
(E.D.Va. Oct. 12, 2001). We dispense with

oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*